Brandon Kel ONE FEATHER, as surviving child of Police Office Kelmar Harwin One Feather, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 05–5003.

United States Court of Appeals,
Federal Circuit.

May 12, 2005.

Before NEWMAN, BRYSON, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

WATERTITE PRODUCTS, INC. (as a substitute for Truebro, Inc.), Plaintiff–Appellee,

v.

PLUMBEREX SPECIALTY PRODUCTS, INC. and Futura Sales, Inc., Defendants–Appellants.

No. 04–1321.

United States Court of Appeals,
Federal Circuit.

May 12, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Peter SANTANA, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 05–3159.

United States Court of Appeals,
Federal Circuit.

May 12, 2005.

ORDER

Order Vacated, See 2005 WL 1316971.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.